**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6504**

---

RONNIE KNIGHT,

                              Plaintiff - Appellant,

      versus

EDWARD HABEEB, Doctor,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-98-89-2)

---

Submitted: July 22, 1998          Decided: August 7, 1998

---

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Ronnie Knight, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronnie Knight appeals from the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint under 28 U.S.C.A. § 1915(b)(1) (West Supp. 1998). The district court found that Knight failed to either submit a signed form consenting to the collection of fees or submit the entire filing fee. The district court, however, subsequently redocketed the action upon finding that Knight complied with the court order. Accordingly, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

DISMISSED